| | |
|---|---|
| 1 | **THE AGUILERA LAW GROUP, APLC** |
| 2 | A. Eric Aguilera (SBN 192390) |
|   | Daniel Eli (SBN 192019) |
| 3 | Angela Zanin-Wog (SBN 229149) |
|   | 650 Town Center Drive, Suite 100 |
| 4 | Costa Mesa, CA 92626 |
| 5 | Telephone:  714.384.6600 |
|   | Facsimile:   714.384.6601 |
| 6 | eaguilera@aguileragroup.com |
| 7 | deli@aguileragroup.com |
|   | azanin@aguileragroup.com |
| 8 | |
|   | Attorneys for Plaintiff ST. PAUL MERCURY INSURANCE COMPANY |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation, | Case No. C 13-4525 PJH |
| Plaintiff, | **[PROPOSED] ORDER TO DISMISS DEFENDANT ARCH SPECIALTY INSURANCE COMPANY** |
| vs. | |
| ARCH SPECIALTY INSURANCE COMPANY, et al., | Trial:  Not Yet Set |
| Defendants. | |

   Pursuant to stipulation of Plaintiff ST. PAUL MERCURY INSURANCE COMPANY, and Defendant ARCH SPECIALTY INSURANCE COMPANY ("ARCH") and good cause existing therefore,

   **IT IS HEREBY ORDERED** that defendant ARCH only is dismissed without prejudice, with each party to bear their own costs and fees.

Dated: __February 24__, 2014

_____
Hon. Phy[llis J. Hamilton]
Judge of t[he United States District Court]

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

1

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 700 S. Flower St., Ste. 3350, Los Angeles, California 90017.  On ***February 21, 2014***, I served the document named below on the parties in this action as follows:

DOCUMENT(S) SERVED:   **[PROPOSED] ORDER TO DISMISS DEFENDANT ARCH SPECIALTY INSURANCE COMPANY**

☐ **BY U.S. MAIL**
(  ) *I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

☐   As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under the practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than 1 day after date of deposit for mailing in affidavit.

☒   **BY ELECTRONIC SERVICE VIA ECF**  I transmitted a true copy of the above entitled document(s) to CM/ECF for filing and service on all parties.

☐   (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on ***February 21, 2014*** at Los Angeles, California.

         */s/ Judy Jaramillo*
         Judy Jaramillo